IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT C. BOLUS, SR.,** | : | **Civil No. 3:18-cv-1574** |
| **Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES SECRET SERVICE, et al.,** | : | **Judge Sylvia H. Rambo** |
| **Defendants.** | : | |

# O R D E R

Before the court is a report and recommendation of the magistrate judge in which he recommends that Defendants Luzerne County Convention Center Authority and SMG Management's (Defendants LCCCA and SMG") motion to dismiss be granted and that they be removed from this case. Objections to the report and recommendation were due by September 6, 2019, and to date no objections have been filed.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied

that the report and recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 18) is **ADOPTED**.

2) Defendants' motion to dismiss (Doc. 14) is **GRANTED**.

3) The Clerk of Court is **DIRECTED** to remove Defendants LCCCA and SMG from this case.

4) This matter is remanded to the magistrate judge for further proceedings.

                                       s/Sylvia H. Rambo
                                       Sylvia H. Rambo
                                       United States District Judge

Dated: November 1, 2019