IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT C. BOLUS, SR.,** | Civil No. 3:18-cv-1574 |
| Plaintiff, | |
| v. | |
| **UNITED STATES SECRET SERVICE, et al.,** | |
| Defendants | Judge Sylvia H. Rambo |

## **O R D E R**

AND NOW, this 31st day of August, 2021, upon consideration of the report and recommendation (Doc. 21) finding that Plaintiff has failed to properly serve Defendant United States Secret Service or timely show cause as to why it had not been served, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant United States Secret Service are DISMISSED pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to terminate Defendant United States Secret Service from the case and refer this matter to Magistrate Judge Arbuckle for any further pretrial proceedings.

s/Sylvia H. Rambo
United States District Judge