IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT C. BOLUS,** | **:** | **Civil No. 3:18-cv-1574** |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **UNITED STATES SECRET** | **:** | |
| **SERVICE, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | **Judge Sylvia H. Rambo** |

## O R D E R

AND NOW, this 5th day of April, 2022, upon consideration of the report and

recommendation, and noting that no objections have been filed, IT IS HEREBY

ORDERED as follows:

1) The report and recommendation (Doc. 23) is ADOPTED;

2) Defendant Mohegan Sun Arena at Casey Plaza be terminated from this case
   pursuant to the August 23, 2019 Report and Recommendation (Doc. 18);

3) The Clerk of Court is directed to close this case.

s/Sylvia H. Rambo
United States District Judge